UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X    O R D E R
JAMES BROWN,

              Plaintiff,      CV-03-5175 (FB)

  -against-

TOMCAT ELECTRICAL SECURITY, INC.,

             Defendants.
------------------------------------X

A conference will be held in the above-captioned case on July 14, 2005, at 11:45 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 340 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present.

<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
      July 6, 2005

                                         JOAN M. AZRACK
                                         UNITED STATES MAGISTRATE JUDGE